IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRITTANY GANT | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. TJS-25-1662 |
| FIRST FEDERAL CREDIT CONTROL, INC. | * | |
| Defendant. | *** | |

**ORDER**

Plaintiff Brittany Gant filed a Complaint and a Motion to Proceed In Forma Pauperis ECF Nos. 1, 2. Upon review of the Motion to Proceed In Forma Pauperis, it does not appear that Plaintiff is indigent and unable to pay the civil filing fee. Plaintiff lists her income at $6,000.00 per month. ECF No. 2 at 2. Plaintiff will, therefore, be required to pay the full filing fee of $405.00 by June 23, 2025.

Accordingly, it is this 2nd day of June, 2025 by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Proceed In Forma Pauperis (ECF No. 2) IS DENIED;

2. Plaintiff IS GRANTED until June 23, 2025, to pay the full civil filing fee of $405.00;

3. Plaintiff IS FOREWARNED that failure to timely pay the fee will result in dismissal of the Complaint without further notice and without prejudice; and

4. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

Timothy J. Sullivan
United States Magistrate Judge