**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)**

| | |
|---|---|
| BRITTANY GANT | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| vs. | )   Case No. 8:25-cv-01662-TJS |
| | ) |
| FIRST FEDERAL CREDIT CONTROL, INC. | ) |
| | ) |
| | ) |
| *Defendant* | ) |
| | ) |

**ANSWER TO COMPLAINT**

COMES NOW, Defendant, First Federal Credit Control, Inc., by and through undersigned counsel, and for its Answer to Plaintiff's Complaint, states as follows:

1. Defendant denies the allegations in paragraph 1 of the Complaint.

2. Defendant denies the allegations in paragraph 2 of the Complaint.

3. Defendant denies the allegations in paragraph 3 of the Complaint.

4. Defendant denies the allegations in paragraph 4 of the Complaint.

5. Defendant denies the allegations in paragraph 5 of the Complaint.

6. Defendant denies the allegations in paragraph 6 of the Complaint.

7. Defendant lacks sufficient information to enable it to admit or deny the allegations in paragraph 7 of the Complaint, and thus, denies them.

8. Defendant admits the allegations in paragraph 8.

9. Defendant lacks sufficient information to enable it to admit or deny the allegations in paragraph 9 of the Complaint, and thus, denies them.

10. Defendant denies the allegations in paragraph 10 of the Complaint.

11. Defendant denies the allegations in paragraph 11 of the Complaint.

12. Defendant lacks sufficient information to enable it to admit or deny the allegations in paragraph 12 of the Complaint, and thus, denies them.

13. Defendant denies the allegations in paragraph 13 of the Complaint.

14-18. Defendant lacks sufficient information to enable it to admit or deny the allegations in paragraphs 14-18 of the Complaint, and thus, denies them.

19-22. Defendant denies the allegations in paragraphs 19-22 of the Complaint.

23-33. Defendant lacks sufficient information to enable it to admit or deny the allegations in paragraphs 23-33 of the Complaint, and thus, denies them.

34-49. Defendant denies the allegations in paragraphs 34-49 of the Complaint.

50. Defendant denies all allegations in Count I, Count II, and Count III of the Complaint.

All other allegations in the Complaint are denied.

## ADDITIONAL DEFENSES

1. This Court lacks subject matter jurisdiction.

2. Plaintiff lacks standing.

3. Plaintiff's claims are barred by the statute of limitations.

4. Plaintiff's claims are barred by res judiciata and collateral estoppel as Plaintiff's claims against Defendant were dismissed with prejudice in *Gant v. First Federal Credit Control*, Prince George's County District Court, Case Number: D-05-CV-24-037251.

5. Plaintiff's claims are barred by waiver and estoppel.

The Law Offices of Ronald S. Canter, LLC


/s/ Bradley T. Canter
Bradley T. Canter, Esquire (#18995)
2200 Research Blvd., Suite 560
Rockville, Maryland 20850
Telephone: 301-424-7490
Facsimile:  301-424-7470
bcanter@roncanterllc.com
*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2026, a copy of the foregoing was sent by first class mail, postage prepaid to:

Brittany Gant
4505 Rena Road, Apt. 204
Suitland, MD 20746
*Plaintiff*


/s/ Bradley T. Canter
Bradley T. Canter, Esq.